No. 776. Associated Resources Corp. et al. *v.* Halliburton Oil Well Cementing Co. C. A. 8th Cir. Certiorari denied. *Jack Z. Krigel* for petitioners. *Robert O. Brown, Robert E. Rice, William S. Hogsett* and *Hale Houts* for respondent.

No. 805. Dyner *v.* Schwartz et al., Trustees, et al. C. A. 7th Cir. Certiorari denied. *Joseph M. Herman* for petitioner. *Francis S. Clamitz* for Schwartz et al., and *Thomas M. Thomas* for Intelectron, Inc., respondents.

No. 551. Nunan *v.* United States. C. A. 2d Cir. Certiorari denied. Mr. Justice Clark took no part in the consideration or decision of this application. *Richard J. Burke* and *J. Bertram Wegman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph M. Howard* for the United States.

No. 268, Misc. Beard *v.* Ohio. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se. William Saxbe,* Attorney General of Ohio, and *Louis H. Orkin,* Assistant Attorney General, for respondent.

No. 372, Misc. Dockery *v.* United States. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 481, Misc. Tompkins *v.* Missouri. Circuit Court of the City of St. Louis, Missouri. Certiorari denied.

No. 485, Misc. Harrison *v.* Nash, Warden. Supreme Court of Missouri. Certiorari denied.